| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

THOMAS H. CLAY, ET AL., §
§
Plaintiffs, §
§
versus § CIVIL ACTION H-05-4259
§
TEXAS DEP'T OF CRIMINAL JUSTICE, §
CORRECTIONAL INSTITUTIONS DIVISION, §
§
Defendant. §

## Opinion on Dismissal

Six prisoners, Thomas H. Clay, Dezell Young, Dewayne L. Toussaint, Eric C. Wilturner, Larry Evans, and Lee Edwards, sued the Texas Department of Criminal Justice concerning the free exercise of religion. This court dismissed four plaintiffs: Clay, Young, Wilturner, and Evans (32, 33, 61).

The two remaining plaintiffs, Toussaint and Edwards, were ordered to submit within 30 days grievance papers showing exhaustion of steps one and two of the prison grievance procedures on their claims. This court warned them that failure to comply would result in the dismissal of their claims.

Toussaint and Edwards have not complied with the order. Their complaints will be dismissed for want of prosecution and failure to obey a court order. *See* FED. R. CIV. P. 41(b). Because they were the only remaining plaintiffs, this case will be dismissed. Clay's motion for relief from judgment and to produce proof of official records (63) is denied.

Signed March 24, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge